**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**SIMON ACERYIAN CARLISLE**                                                         **PLAINTIFF**

V.                              **CASE NO. 1:15-CV-125-KGB-BD**

**CARLO EDWARDS, et al.**                                                           **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.**   **Procedure for Filing Objections**

This Recommended Disposition ("Recommendation") has been sent to Judge Kristine G. Baker.  You may file written objections to this Recommendation.  If you file objections, they must be specific and must include the factual or legal basis for your objection.  Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing the record.  By not objecting, you may also waive any right to appeal questions of fact.

**II.**   **Discussion**

Defendants have moved to dismiss Mr. Carlisle's claims based on his failure to attend his scheduled deposition and failure to respond to written discovery.  (Docket entry #23)  The Court gave Mr. Carlisle fourteen days to respond to the Defendants' motion and specifically warned him that his failure to respond to the Court's order could result in

the dismissal of his claims, without prejudice. (#25)  To date, Mr. Carlisle has failed to respond to either the Defendants' motion or the Court's June 3, 2016 order.

### III.     Conclusion

The Court recommends that the Defendants' motion for sanctions (#23) be GRANTED.  Mr. Carlisle's claims should be DISMISSED, without prejudice, based on his failure to prosecute this lawsuit.

DATED this 6th day of July, 2016.

_____
UNITED STATES MAGISTRATE JUDGE