IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**SIMON ACERYIAN CARLISLE**                                                                **PLAINTIFF**

v.                              Case No. 1:15-cv-00125 KGB/BD

**CARLO EDWARDS,** *et al.*                                                                **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 28). Plaintiff Simon Aceryian Carlisle has not objected to the Recommended Disposition, and the time to do so has passed. After careful review, the Court approves and adopts in its entirety the Recommended Disposition as this Court's findings in all respects (Dkt. No. 28).

It is therefore ordered that defendants' motion for sanctions is granted (Dkt. No. 23). Mr. Carlisle's claims are dismissed without prejudice.

Dated this 1st day of December, 2016.

_____
Kristine G. Baker
United States District Judge