IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**SIMON ACERYIAN CARLISLE**                                         **PLAINTIFF**

v.                    **Case No. 1:15-cv-00125 KGB/BD**

**CARLO EDWARDS,** *et al.*                                                **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that this case is dismissed without prejudice.

So adjudged this 1st day of December, 2016.

*[signature: Kristine G. Baker]*
Kristine G. Baker
United States District Judge